IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT<br>FUNDS OF ILLINOIS, *et al.*, | )<br>)<br>) | CIVIL ACTION |
| Plaintiffs, | )<br>) | NO. 15 C 3573 |
| vs. | )<br>) | JUDGE HARRY D. LEINENWEBER |
| EMCO INTERIORS, INC., an Illinois<br>corporation, | )<br>)<br>) | |
| MICHAEL J. GOELZ, an individual, | )<br>) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendants on March 8, 2016, request this Court enter judgment against Defendants, EMCO INTERIORS, INC., an Illinois corporation, and MICHAEL J. GOELZ, an individual. In support of that Motion, Plaintiffs state:

1. On March 8, 2016, this Court entered default against Defendants and granted Plaintiffs' request for an order directing Defendant, Emco Interiors, Inc., to turn over its monthly fringe benefit contribution reports for the months of October 2015 forward. The Court also entered an order that judgment would be entered after Plaintiffs received the required contribution reports.

2. Plaintiffs received Emco Interiors, Inc.'s contribution reports for October 2015 through February 2016 on or about February 25, 2016. The contribution reports show that the Defendants are delinquent in contributions to the Funds in the amount of $28,230.20. (See Affidavit of Deborah L. French).

3. Additionally, the amount of $2,823.02 is due for liquidated damages. (French Aff. Par. 4(c)).

4. Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against Defendants in the amount of one and one-half (1.5%) percent of the total contributions untimely received, compounded monthly at one and one-half (1.5%) percent, for the period accrued through January 31, 2016, in the total amount of $362.01. (French Aff. Par. 5).

5. Defendants have failed and refused to submit all amounts due pursuant to the terms of a Promissory Note entered into by Defendants on April 15, 2015 for the repayment of contributions, liquidated damages and interest in the total amount of $40,743.40 incurred for the months of November 2014 through March 2015; after application of partial payments in the total amount of $25,109.20, Defendants owe a balance of $15,634.20 pursuant to the Promissory Note. (French Aff. Par. 4(b)).

6. In addition, Plaintiffs' firm has expended $495.00 for costs and the total amount of $2,080.00 in attorneys' fees, for a total of $2,575.00, in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $49,624.43.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $49,624.43.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Emco Interiors\#26110\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 22nd day of March 2016:

        Mr. Michael J. Goelz, Registered Agent
        Emco Interiors, Inc.
        880 North Addison Avenue, Suite 1N, #B
        Elmhurst, IL   60126

        Mr. Michael J. Goelz
        880 North Addison Avenue, Suite 1N, #B
        Elmhurst, IL   60126

                                  /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Emco Interiors\#26110\motion-judgment.cms.df.wpd